UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
TRUSTEES OF THE NEW YORK CITY                                 :
DISTRICT COUNCIL OF CARPENTERS                                :   21 Civ. 00504 (LGS)
PENSION FUND, WELFARE FUND, ANNUITY                           :
FUND, AND APPRENTICESHIP, JOURNEYMAN                          :   ORDER
RETRAINING, EDUCATIONAL AND                                   :
INDUSTRY FUND, et al.                                         :
                                          Petitioners,        :
                                                              :
                    -against-                                 :
                                                              :
VINCENT MANZO,                                                :
                                          Respondent.         :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action concerns a petition to confirm an arbitration award (the "Petition"). Dkt. No. 1.

WHEREAS, Respondent was served on January 28, 2021, (Dkt. No. 8) but has not yet appeared in this action.

WHEREAS, Respondent was required to answer, move or otherwise respond to the Petition by February 18, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

WHEREAS, "default judgments in confirmation/vacatur proceedings are generally inappropriate." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Instead, a district court should treat an unanswered petition to confirm or vacate and arbitration award "as an unopposed motion for summary judgment." *Id*. at 110; *accord Carroll v. Wells Fargo Clearing Servs., LLC*, No. 20 Civ. 4918, 2021 WL 634721, at *2 (S.D.N.Y. Feb. 17, 2021). It is hereby

**ORDERED** that the Petition will be treated as an unopposed motion for summary judgment. Petitioner's unopposed motion for summary judgment is deemed fully briefed and will be decided on the papers already filed.

Dated: February 24, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**