**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, AND THE
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                         Petitioners,                21 **CIVIL**504(LGS)

    -against-                        **JUDGMENT**

VINCENT MANZO D/B/A ROYAL
CONSTRUCTION INDUSTRIAL,

                        Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 20, 2021, the Petition is granted. By August 19, 2021, Respondent shall produce any and all books and records -- specifically the cash disbursement Section of the cash book, general ledger, job location records, daily location records, daily time records and all certified payrolls for the audit period December 16, 2014, to the September 11, 2020, the date of the Award. Respondent shall pay the Funds $2,900 as set forth in the Award, plus $2,641.50 in attorneys' fees, $75 in costs, and post-judgment interest calculated at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
July 20, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**
